644

## BANK OF TEHACHAPI v. CUMMINGS RANCH, Inc.

### No. 9409.

Circuit Court of Appeals, Ninth Circuit.

May 8, 1940.

Harvey, Johnston & Baker, of Bakersfield, Cal., for appellant.

S. L. Kurland, of Los Angeles, Cal., for appellee.

Before WILBUR, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of record and briefs filed by respective parties, and oral argument had thereon, ordered order of District Court affirmed, without prejudice to right of appellant to make new application to trial court for such relief as it may desire; that a decree be filed and entered accordingly, and mandate issued in 30 days.

## CITY OF NEW YORK, Appellee, v. CORN-KELLY CORPORATION, Appellant.

### No. 282.

Circuit Court of Appeals, Second Circuit.

March 25, 1940.

No one appearing for appellant.

Edward J. McGratty, Jr., of New York City, for appellee.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Order, 32 F.Supp. 572, affirmed on opinion below.

## Edward CASEBEER v. CLERK OF THE UNITED STATES.

### No. 2099.

Circuit Court of Appeals, Tenth Circuit.

April 10, 1940.

Before PHILLIPS, BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.
Application denied.

## Frank J. COBBS v. COMMISSIONER OF INTERNAL REVENUE.

### No. 9291.

Circuit Court of Appeals, Ninth Circuit.

May 20, 1940.

Everett A. Johnson, of Portland, Or., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., for respondent.

Before WILBUR, GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, and good cause therefor appearing, ordered petition to review herein dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate of this court in this cause issue forthwith.